OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

PRESORTED FIRST CLASS

UNITED STATES POSTAGE

PITNEY BOWES

02 1M
0004279596

$ 00.26⁵
APR 23 2015
MAILED FROM ZIP CODE 78701

4/22/2015
VASQUEZ, JESSE          Tr. Ct. No. 39802-B          WR-82,923-02

This is to advise that the Court has denied without written order motion for leave to file the original application for writ of mandamus.

Abel Acosta, Clerk

DALHART UNIT
HCR 4, Box 4
Dalhart, TX 79022

JESSE VASQUEZ
DANIEL UNIT - TDC # 1315560
938 SOUTH FM 1673
SNYDER, TX

UTF